IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**MOLIERE DIMANCHE, JR.**

    **Plaintiff,**

v.                                        CASE NO. 4:13-cv-351-MW/CAS

**MARK ANDERSON, et al.,**

    **Defendants.**

_____/

**ORDER ACCEPTING
REPORT AND RECOMMENDATION**

The Court has considered the Magistrate's Amended Report and Recommendation, ECF No. 16, filed August 23, 2013. The Court has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 17, filed September 6, 2013. Upon consideration

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as the Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's motion to proceed in forma pauperis, ECF No. 2, is **DENIED** pursuant to 28 U.S.C. §1915(g). Plaintiff's amended complaint, ECF No. 10, is **DISMISSED without prejudice.**

1

The Clerk shall note on the docket that this cause is dismissed pursuant to 28 U.S.C. §1915(g).  ECF Nos. 13, 11, and 3 are **DENIED.**"

The Clerk shall close the file.

**SO ORDERED on September 10, 2013.**

<u>s/Mark E. Walker</u>
**United States District Judge**